# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                              **CASE NO.**  26-cr-20066-HLT-JBW

**MARIANO JERONIMO-PACHECO,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FRAUD AND MISUSE OF VISAS, PERMITS, AND OTHER DOCUMENTS**
**[18 U.S.C. § 1546(a)]**

On or about May 28, 2026, in the District of Kansas, the defendant,

**MARIANO JERONIMO-PACHECO,**

knowingly and intentionally possessed a permanent resident card containing a fictitious

alien file number, which the defendant knew to be forged, counterfeited, altered, falsely

made, and was unlawfully obtained.

In violation of Title 18, United States Code, Sections 1546(a).

A TRUE BILL.

July 1, 2026                       s/Foreperson

DATE                                     FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *David P. Zabel*
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: David.Zabel@usdoj.gov
Ks. S. Ct. No. 17887


| |
|---|
| IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS |

## PENALTIES

**Count 1:**     **18 U.S.C. § 1546(a)**
           **Fraud and misuse of a fraudulent visa, permit, or other document**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 1546(a).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).